# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT SANDOVAL,

    Plaintiff

v.

CARLOS ALBERTO URREA YANEZ, et al.,

    Defendants

Case No.: 2:26-cv-01726-APG-EJY

**Order Remanding Case for Lack of Subject Matter Jurisdiction**

Defendants Carlos Yanez and U & G Transport LLC removed this action from state court based on diversity jurisdiction. ECF No. 1.  However, the defendants did not properly identify U & G's citizenship for diversity purposes and did not demonstrate that the amount in controversy requirement was satisfied.  Consequently, I ordered the defendants to show cause why this case should not be remanded. ECF No. 4.

In response, the defendants have properly identified U & G's citizenship and that citizenship is diverse from the plaintiff. ECF No. 5 at 2.  However, the defendants have not met their burden to show the amount in controversy requirement is met.  The complaint's request for at least $15,000 for four claims is insufficient to show that more than $75,000 is at stake because those claims overlap and the plaintiff can recover only once for the same injuries. *See* ECF No. 1-1 at 4-7 (stating claims for negligence, negligence per se, negligent entrustment, and negligent hiring, training, supervision, and retention).  Additionally, although the defendants apparently requested a stipulation from the plaintiff to limit his total damages to not exceed $75,000, the defendants did not attach proof of this offer or of the plaintiff's response.  More importantly, that denied request, without any evidence of medical bills or other damages, is insufficient on its own

to justify jurisdiction in this court.  The defendants have failed to offer sufficient proof that the amount in controversy exceeds $75,000.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings.  The clerk of court is instructed to close this case.

DATED this 22nd day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2